# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158512(23)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JSR FUNDING, LLC,
            Plaintiff-Appellee,

v

KRISTINA AVANT,
            Defendant-Appellant.
_____/

SC: 158512
COA: 344681
Oakland CC: 2018-163107-AV

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of motion for reconsideration is considered, and the motion is DISMISSED without fees or costs to any party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019



Clerk